

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00158-CV

**ALVIE ROBINSON,**

**Appellant**

**v.**

**ALICIA SCOTT AND BRANDEN MULLENS,**

**Appellees**

**From the 278th District Court
Walker County, Texas
Trial Court No. 25,737**

## O R D E R

Alvie Robinson appeals the trial court's dismissal of his civil appeal. After filing a timely motion for new trial, Robinson's notice of appeal was due May 10, 2016. It was not filed until May 18, 2016.

Robinson now requests an extension of time to file his notice of appeal. Rule 26.3 of the Texas Rules of Appellate Procedure provides that we may extend the time to file a notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the appellant files in the trial court a notice of appeal and files in the appellate court a motion

complying with Texas Rule of Appellate Procedure 10.5(b).  TEX. R. APP. P. 26.3.  Within 15 days from May 10, Robinson filed both a notice of appeal in the trial court and a motion for extension of time which complied with Rule 10.5(b) in this Court.

Accordingly, Robinson's motion for extension of time to file his notice of appeal is granted in part.[1]  The Notice of Appeal filed on May 18, 2016 is timely as of that date.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed June 2, 2016



---

[1] Robinson requests a 15 day extension which is not necessary.